IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 12-14600

TAMPA BAY WATER,
a regional water supply authority,

Plaintiff - Appellant,

versus

HDR ENGINEERING, INC.,
a Nebraska corporation,

Defendant - Cross
Defendant - Appellee,

CONSTRUCTION DYNAMICS GROUP, INC.,
a Maryland corporation,

Defendant -
Cross Claimant,

BARNARD CONSTRUCTION COMPANY, INC.,
a Montana corporation,

Defendant -
Third Party Plaintiff -
Cross Defendant,

MCDONALD CONSTRUCTION CORPORATION,
a Florida corporation,

Third Party Dendant.

Appeal from the United States District Court
for the Middle District of Florida

ORDER:

Appellant's Motion to Certify Question of State Law to the Florida Supreme Court
is CARRIED WITH THE CASE.

JOHN LEY
Clerk of the United States Court of Appeals
Eleventh Circuit

ENTERED FOR THE COURT – BY DIRECTION